12285019750101

# LAKEVIEW MEMORIAL FUNERAL HOME
2102 Clay Street
Vicksburg, Mississippi 39180
(601) 629-3500

No. 1246

DECEASED: Mr. James E. Thomas
DECEASED ADDRESS: 235 Ironwood Dr. Vicksburg, MS 39180
PLACE OF DEATH: Vicksburg, MS  Date-of-death: 7/12/2012

CONTACT PERSON: Ms. Aleisha Thomas
CONTACT ADDRESS: 911 Boyd Drive Apt A-1  Albion, MI 49224
CONTACT PHONE #: 517-395-5108

## STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED

Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.

If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve if your selected arrangements such as a direct cremation or immediate burial. If we charged for embalming, we will explain below.

**CASH ADVANCES:**
- Certified copies of Death Certificates: $30.00
- 4,000 [$15.00 for 1st copy + $3.90 for ea add]

| | |
|---|---|
| Musician | $ - |
| Paid Newspaper Notice | $ - |
| Cemetery | $ - |
| Flowers | $ - |
| Special Programs | $30.00 |
| **TOTAL CASH ADVANCES** | **$30.00** |

We charge you for our services in obtaining (specify cash advance items)

**SUMMARY:**
| | |
|---|---|
| Total Funeral Home Charges | $1,370.00 |
| Local Sales Tax (if applicable) | |
| State Sales Tax (if applicable) | |
| Total Cash Advances | $30.00 |
| **GRAND TOTAL** | **$1,400.00** |

**Credits and Payments:**
- Discounts
- Payments
- Credits
- **TOTAL CREDITS**

**BALANCE DUE**  $1,400.00

**DISCLOSURES:**
Reason for embalming _____

If any law, cemetery or crematory requirements have required the purchase of any items listed, the law or requirement is explained below.  $325

**ACKNOWLEDGEMENT AND AGREEMENT:**
I hereby acknowledge that I have the legal right to arrange the final services for the deceased, and I authorize this funeral establishment to perform services, furnish goods, and incur out-side charges specified on this statement. I acknowledge that I have received the General Price List and the Casket Price List and the Outer Burial Container Price List.
Terms of Payment

Full payment is due no later than _____ FUNERAL
If any payment is not paid when due, an unmentionated LATE CHARGE of ___% per month (ANNUAL PERCENTAGE RATE of ___%) on the unpaid balance will be due. I agree to pay the Balance Due listed on this statement, plus any Late Charge. In the event of default in payment to this funeral establishment, I agree to pay reasonable attorney's fees and court cost in action to any Late Charge applicable. I understand and agree that I am assuming personal liability for the charges set forth in this statement and that this is in addition to the liability imposed by law upon the estate of the deceased. By my signature below, I hereby agree to all the above and acknowledge receipt of a copy of this statement.

X _____ 7-15-12
Signed                    Dated

## A. CHARGES FOR SERVICES SELECTED:

**SELECTED SERVICE COST**  $0

**1. Professional services**
Personal services of Funeral Director and staff
Embalming
Other preparation of body (grooming, dressing, etc.)

**2. Facilities, Equipment, & Staff**
Use of Facilities & staff for Viewing/Visitation
Services conducted at Funeral Chapel or Church
Complete Local Cemetery Set-up
Use of Facilities & staff for Memorial Service
Use of Facilities & staff for Graveside Service

**3. Transportation**
Transfer of Body from place of Death (Local area)
Use of Hearse for Funeral Service
Use of Limosine(s)
Use of Lead car
Extra Mileage
Additional Limousine
Additional Sedan

**4. Other Services/Facilities/Equipment**
Cremation Fee
Traditional Services
Other MS Mortuary Service

**TOTAL SERVICES SELECTED**  $ -

## B. CHARGES FOR MERCHANDISE SELECTED:
Casket (or other receptacle)
Name/No.
Material
Color
Outer Burial Container  W/bar
Name/No. Cremains Urn - Brevlette
Material URN 1540

Acknowledgement Cards
Register Book
Programs
Clothing
Special Cap Panel
Temporary Grave Marker
Other

**TOTAL MERCHANDISE SELECTED**  $325.00

## SPECIAL SERVICES:
( ) Forwarding Remains to:   ( ) Receiving Remains from:

Immediate Burial
Direct Cremation  $995.00
Other...... Shipping of Cremains  $50.00

**TOTAL SPECIAL SERVICES SELECTED**  $1,045.00

EXHIBIT